UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:19-CR-191-TAV-HBG |
| ) | |
| CEDRIC BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge H. Bruce Guyton on December 22, 2021 [Doc. 42]. Judge Guyton recommends that the Court grant in part and deny in part defendant's motion to suppress [Doc. 34]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Guyton's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS** the R&R [Doc. 42] in whole. Defendant's Motion to Suppress [Doc. 34] is **GRANTED in part** and **DENIED in part** as recommended in the R&R. Specifically, defendant's statements in Trooper Fletcher's patrol car and regarding the identification of the substance seized from defendant's pocket will be suppressed. However, defendant's motion is denied in all other respects.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE