UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | No.: 3:19-CR-191-TAV-JEM-1 |
| CEDRIC BROWN, | )<br>)<br>) | |
| Defendant. | ) | |

## **ORDER**

This criminal matter is before the Court on defendant's Motion to Extend Plea Deadline [Doc. 71]. Defendant requests an extension during which to negotiate a plea agreement after reviewing the discovery materials produced in the case. The government has no opposition.

For good cause shown and in light of the lack of opposition, defendant's motion [Doc. 71] is **GRANTED**. The parties shall have up to and including **Friday, November 18, 2022**, to file a plea agreement in this case.

IT IS SO ORDERED.

                                                                           s/ Thomas A. Varlan
                                                                           UNITED STATES DISTRICT JUDGE